September 7, 2005

Hon. Phyllis J. Hamilton
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

    Re:  *Board of Trustees of the Northern California Plastering Industry Pension Trust Fund, et al. v. Troy Dudley, individually and doing business as Superior Stucco*
         Case No. C 05 1190 PJH
         Case Management Conference Date:  September 15, 2005

Dear Judge Hamilton:

    I have filed a Case Management Conference Statement in the above-captioned case, but request that the September 15 Conference be continued to October ~~12~~,13 2005, or a date thereafter, due to the defendant's default and our Motion for Default Judgment filed today.

    Additionally, I have a calendar conflict, but can send someone else to the September 15 Conference if necessary.

    Thank you for your consideration.

                      Sincerely,

                      /s/ Lori A. Nord
                      LORI A. NORD


IT IS SO ORDERED
Judge Phyllis J. Hamilton

```
Hon. Phyllis J. Hamilton
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102
```